FILED

# United States District Court

DEC - 6 2005

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

**In the matter of the Search of**
(Name, address or brief description of person, property or premises to be searched)

Yahoo!, Inc.
701 First Avenue, Sunnyvale, CA 94089
Contents of e-mail account:
bebitzaa@yahoo.com

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER: 2:05mj146-W

I _____MICHAEL P. EUBANKS_____ being duly sworn depose and say:

I am a(n) ___Special Agent, Federal Bureau of Investigation___ and have reason to believe

that ☐ on the person of or ☒ on the property or premises known as (name, description and/or location)

Yahoo!, Inc., 701 First Avenue, Sunnyvale, CA 94089
Contents of e-mail account: bebitzaa@yahoo.com

in the _____Northern_____ District of _____California_____

there is now concealed a certain person or property, namely (describe the person or property to be seized)
**See Attachment A**

which is (state one or more bases for search set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)
**contraband or property that constitutes evidence of the commission of a criminal offense,**

concerning a violation of Title ___18___ United States Code, Section(s) __1343 & 2320__.

The facts to support the issuance of a Search Warrant are as follows:
**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

_____[signature]_____
Signature of Affiant

Sworn to before me and subscribed in my presence,

November 2, 2005   /2:10pm                  at   Montgomery, Alabama
Date                                              City and State

SUSAN RUSS WALKER, U.S. Magistrate Judge    _____[signature]_____
Name & Title of Judicial Officer              Signature of Judicial Officer

## AFFIDAVIT

I, MICHAEL P. EUBANKS, being duly sworn depose, say, and provide the following information (obtained by me unless otherwise noted):

I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been assigned to the Mobile, Alabama Division of the FBI since April, 1999. As a Special Agent of the FBI, I am authorized to investigate crimes involving computer fraud and conspiracies to commit those crimes. I have a Master of Science Degree in Software Systems Engineering, a Bachelor of Science Degree in Computer Science, and approximately seven years of professional experience as a computer programmer in private industry. Additionally, I have received special training relevant to the investigation of computer related crimes including courses in network security, advanced computer intrusion investigations, and computer network exploitation.

I am familiar with the information contained in this affidavit from information provided to me in the form of written and oral reports made by other FBI Agents, by victim and witness interviews, through e-mail correspondence with Region's Bank information technology and security personnel, by evidence discovered from information returned from Grand Jury subpoenas, discussions with computer experts, and public source information available on the Internet.

This affidavit is offered in support of an application for a search warrant for one e-mail account

controlled by the free web-based electronic mail service provider known as Yahoo!, Inc. ("Yahoo!"), headquartered at 701 First Avenue, Sunnyvale, California 94089. The account to be searched is **bebitzaa@yahoo.com**, which is further described in the following paragraphs and in Attachment A. As set forth herein, there is probable cause to believe that on the computer systems of Yahoo!, there exists evidence, fruits, and instrumentalities of the violations of Title 18, United States Code, Section 1343, wire fraud and Title 18, United States Code, Section 2320, trafficking in counterfeit goods or services.

In my training and experience, I have learned that Yahoo! is a company that provides free web based Internet electronic mail ("e-mail") access to the general public, and that stored electronic communications, including opened and unopened e-mail for Yahoo! subscribers may be located on the computers of Yahoo!. Further, I am aware that computers at Yahoo! contain information and other stored electronic communications belonging to third parties. Accordingly, this affidavit and application for search warrant seek authorization solely to search the computer accounts and/or files and following the procedures described herein and in Attachment A.

Pursuant to Title 18, United States Code, Section 2703(c)(1)(A), "A governmental entity may require a provider of electronic communication service or remote computing service to disclose a record or other information pertaining to a subscriber to or other information pertaining to a

2

subscriber to or customer of such service (not including the contents of communications) only when the governmental agency obtains a warrant issued using the procedures described in the Federal Rules of Criminal Procedure by a court with jurisdiction over the offense under investigation..."

### Search Procedure

In order to ensure that agents search only those computer accounts and/or files described herein and in Attachment A, this affidavit and application for search warrant seeks authorization to permit employees of Yahoo! to assist agents executing this warrant to search only those computer accounts and/or files described in Attachment A, the following procedures will be implemented:

1. The search warrant will be presented to Yahoo! personnel who will be directed to isolate those accounts and files described in Attachment A;

2. In order to minimize any disruption of computer service to innocent third parties, Yahoo! employees trained in the operation of computers will create an exact duplicate of the computer accounts and files described below, including an exact duplicate of all information stored in the computer accounts or files described below;

3. Yahoo! personnel will provide the exact duplicate of the accounts and files described below, and all information stored in those

3

accounts and/or files to the Special Agent who serves this search warrant;

4. Law enforcement personnel will thereafter review the information stored in the accounts and files received from Yahoo! for evidentiary purposes.

### Background regarding Computers, the Internet, and E-Mail

The term "computer" as used herein is defined in 18 U.S.C. Section 1030(e)(1), and includes and electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical, arithmetic, or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device.

I have had both training and experience in the investigation of computer-related crimes. Based on my training, experience, and knowledge, I know the following:

1. The Internet is a worldwide network of computer systems operated by governmental entities, corporations, and universities. In order to access the Internet, an individual computer user must subscribe to an access provider, which operates a host computer system with direct access to the Internet. The World Wide Web ("www") is a functionality of the Internet which allows users of the Internet to share information;

2. With a computer connected to the Internet, an

4

individual computer user can make electronic contact with millions of computers around the world. This connection can be made by any number of means, including modem, local area network, wireless and numerous other methods;

3. E-Mail is a popular form of transmitting messages and/or files in an electronic environment between computer users. When an individual computer users sends e-mail, it is initiated at the user's computer, transmitted to the subscriber's mail server, then transmitted to its final destination. A server is a computer that is attached to a dedicated network and serves many users. An e-mail server may allow users to post and read messages and to communicate via electronic means.

### Yahoo! Mail

Based on my training and experience, I have learned the following about Yahoo! Mail:

1. Yahoo! Mail is an e-mail service which offers e-mail accounts free of charge to Internet users. Subscribers obtain an account by registering on the Internet at the Yahoo! web site (www.yahoo.com). Yahoo! requests subscribers to provide basic information, such as name, address, zip code, and phone. However, Yahoo! does not verify the

information provided;

2. Yahoo! maintains electronic records pertaining to the individuals and companies for which they maintain subscriber accounts. These records include account access information, e-mail transaction information, and account application information;

3. Subscribers to Yahoo! Mail may access their accounts on servers maintained and/or owned by Yahoo! from any computer connected to the Internet located anywhere in the world;

4. Any e-mail that is sent to a Yahoo! subscriber is stored in the subscriber's "mail box" on Yahoo!'s servers until the subscriber deletes the e-mail or the subscriber's mailbox exceeds the storage limits preset by Yahoo!. If the message is not deleted by the subscriber, the account is below the maximum limit, and the subscriber accesses the account periodically, that message can remain on Yahoo!'s servers indefinitely;

5. When the subscriber sends an e-mail, it is initiated at the user's computer, transferred via the Internet to Yahoo!'s servers, and then transmitted to its end destination. Yahoo! users have the option of saving a copy of the e-mail sent. Unless the sender of the e-mail specifically deletes the e-mail from the

Yahoo! server, the e-mail can remain on the system indefinitely. The sender can delete the stored e-mail message thereby eliminating it from the e-mail box maintained at Yahoo!, but that message will remain in the recipient's e-mail box unless the recipient deletes it as well or unless the recipient's account is subject to account size limitations;

6. A Yahoo! subscriber can store files, including e-mails and image files, on servers maintained and/or owned by Yahoo!;

7. E-mails and image files stored on a Yahoo! server by a subscriber may not necessarily be located in the subscriber's home computer. The subscriber may store e-mails and/or other files on the Yahoo! server for which there is insufficient storage space in the subscriber's computer and/or which he/she does not wish to maintain in the computer in his/her residence. A search of the files in the computer in the subscriber's residence will not necessarily uncover the files that the subscriber has stored on the Yahoo! server.

### Probable Cause

This investigation was initiated on February 17, 2005 after security personnel at Region's Bank contacted the

FBI to report numerous solicitations by unknown, unauthorized person(s) for Regions's Bank customer information via the Internet. A particular solicitation which occurred on April 29, 2005 is the primary focus of this affidavit.

### Internet "Phishing" Background

The technique utilized by the unauthorized person(s) in this investigation is known as Internet "phishing". "Phishing" is conducted by an unauthorized user who creates an Internet web site which is either a clone of an original Internet web site or else is a customized web site which utilizes counterfeit marks in an effort to appear as if it a site which belongs to the company or organization being targeted in the scheme. After the creation of the web site, the perpetrator conducts an unlawful computer intrusion and obtains access to a computer system on which the counterfeit web site can be hosted for viewing by all Internet users. Once the web site is running on the victim computer system, the perpetrator uses a variety of techniques to make the website appear authentic, including creating a web site name which closely resembles that of the authentic site. Potential users of the authentic website are then identified through targeted e-mail "harvesting" from the Internet. Mass e-mail solicitation is then performed in an effort to direct these potential victims to the cloned web site where they are requested to provide specific financial information. Once obtained by the perpetrators, this financial information is then abused for their own financial

gain.

The victims in Internet "phishing" schemes include the targeted corporation for which the counterfeit web site created, the targeted recipients of the mass e-mail solicitations whom respond to the "phishing" e-mail, and the corporation or person whose computer was used to host the counterfeit web site.

Region's Bank began experiencing "phishing" attacks in large numbers during November 2004. Region's Bank has been the victim of at least 735 identified "phishing" web sites and has incurred direct financial losses of $1,424,955.61 in responding to these "phishing" web sites since November 2004. This loss is quantified through the time devoted by Information Technology personnel responding to each "phishing" attack. Response includes time devoted by personnel in negotiating the removal of the web site from the Internet and costs to the bank for contracting experts in the removal of such sites. This does not include the loss to the solicited victims of each "phish" or to the victim company where the intruder hosted the "phishing" web site. Evidence from computers on which the counterfeit "phishing" web site was hosted is difficult to obtain since these computers are often located throughout the world and are only active for short periods of time.

### "Phishing" Incident on April 29, 2005

During the course of this investigation, Region's Bank Information Technology personnel discovered a "phishing" website on approximately May 6, 2005 and forwarded the

Internet address to the FBI. This Internet address was identified as the following: http://regionsnet-update.darakonbd.com/wn/.https/sslregions/cmserver/EBanking/logon/user.htm. See Attachment B. Internet users who received the mass solicitation were fraudulently advised through an e-mail that Region's Bank was conducting a security update and the users were requested to provide for verification purposes the following information for their Region's Bank accounts: ATM or debit card information, ATM PIN number, CVV Number for the credit card, and card expiration date. CVV stands for 'card verification value'. The CVV number is a three or four digit authentication code on a credit card in addition to the card number. It is used as an anti-fraud security feature that a merchant would ask for to help verify that the cardholder actually has possession of the credit card.

     FBI personnel working at the National Cyber Forensic and Training Alliance (NCFTA), a joint computer crime task force based in Pittsburgh, Pennsylvania, conducted research into the above described cloned Region's Bank web site and discovered it was being hosted on a computer in the country of Austria. An analyst at the NCFTA was able to gain access to a directory on the hosting computer in Austria through an Internet browser and a short computer program was discovered which collected the requested information and forwarded it to the e-mail address **bebitzaa@yahoo.com**. This information was provided to the FBI Office in Mobile, Alabama for further investigation.

On May 19, 2005, a Grand Jury subpoena from the Middle District of Alabama for information on the **bebitzaa@yahoo.com** account was issued and sent to Yahoo!. The return results revealed that the account was created on January 26, 2005 and had been accessed by a user 304 times between February 15, 2005 and May 30, 2005. All 304 accesses were traceable to four specific computers with Internet addresses in the country of Romania.

On June 29, 2005 a communication was sent to the FBI Legal Attache in Bucharest, Romania with instructions to disseminate the analyzed information regarding the traced e-mail accesses to Romanian Law Enforcement personnel. Romanian Officials were further requested to determine if the Internet addresses of the computers were traceable to a specific residence or business.

On October 12, 2005, the FBI Legal Attache in Bucharest, Romania received a translated copy of a letter from Romanian Police that several of the Internet accesses connected to the **bebitzaa@yahoo.com** e-mail account were allocated to SIMONA VALEANU and DINU CIUHIA, both in Suceava, Romania. During late September, 2005 Officer BOGDAN UDREA of the Romanian Police spoke with Special Agent Michael Eubanks of the Mobile Office of the FBI and advised if more information could be provided regarding the **bebitzaa@yahoo.com** e-mail account, the Romanian Police may have enough probable cause to conduct a search of the computer at the identified residence and to interview the owner of the computer to determine their involvement in the

"phishing" scheme.

## Conclusion

Based on the information above, your affiant believes that on the computer systems owned, maintained, and/or operated by Yahoo!, Inc., headquartered at 701 First Avenue, Sunnyvale, California 94089, there exists evidence, fruits, and instrumentalities of violations of Title 18, U.S.C., Section 1343 and Title 18, U.S.C. Section 2320. By this affidavit and application, I request that the Court issue a search warrant directed at Yahoo! allowing agents to seize the e-mail and other information stored on the Yahoo! servers for the computer accounts and files and following the search procedure described in Attachment A.

_____
Michael P. Eubanks
Special Agent
Federal Bureau of Investigation
Mobile, Alabama


Subscribed and sworn to before me this 2nd day of November, 2005

_____
Susan Russ Walker
U.S. Magistrate Judge

## Attachment A

A.  **Search Procedure**

In order to ensure that agents search only those computer accounts or computer files described in Attachment A, this search warrant seeks authorization to permit employees of Yahoo!, Inc. to assist agents in the execution of this warrant. To further ensure that agents executing this warrant search only those accounts or computer files described in Attachment A, the following procedures have been implemented:

1. The warrant will be presented to Yahoo! personnel who will be directed to isolate those accounts and files described in Attachment A;

2. In order to minimize any disruption of computer service to innocent third parties, the systems administrator will create an exact duplicate of the accounts and files described in Attachment A, including an exact duplicate of all information stored in the computer accounts or files described in Attachment A;

3. Yahoo! personnel will provide the exact duplicate of the accounts and files described in Attachment A and all information stored in those accounts and/or files to the Special Agent who serves this search warrant;

4. Law enforcement personnel will thereafter review the information stored in the accounts and files received from Yahoo! and then identify and copy the information contained in those accounts and files which are authorized to be further copied by this search warrant;

5. Law enforcement personnel will then seal the original duplicate of the accounts and files received from the systems administrator and will not further review the original duplicate absent an order of the Court; and

B.  **Description of Accounts and Computer Files to be Copied by Yahoo!, Inc.**

All electronic mail stored and presently contained in, or on behalf of, the following email address or individual account: **bebitzaa@yahoo.com**.

1. Printouts of all of the above from original storage.

2. Any and all transactional information, to include log files, of all activity to the above-listed individuals which includes dates, time, method of connecting, port, dial-up, and/or location, including source IP address(es) and destination IP address(es) of any and all e-mails sent or received by the Yahoo! account names

**Attachment A**                                1

       **bebitzaa@yahoo.com.**

3. All business records and subscriber information, in any form kept, which pertain to the above listed subscribers and accounts, including but not limited to applications, subscribers' full names, all screen names associated with those subscribers and accounts, all account names associated with those subscribers, method of payment, phone numbers, addresses, and detailed-billing records.

**C. Description of Information to be Further Copied by Law Enforcement Personnel**

1. All communications within the email account of **bebitzaa@yahoo.com** that:

   a. are to or from or refer to the email account **bebitzaa@yahoo.com**.

   b. refer to interstate or international travel.

2. All items identified in section B, paragraph 2, of this attachment that relate to those communications identified as being described in section C, paragraphs 1 and 2, of this Attachment.

3. All items identified in section B, paragraph 3, of this Attachment.

Any communications or files which can be provided in electronic format (ie: CD) would be preferable, if at all possible.

END OF ATTACHMENT

Attachment A            2



ATTACHMENT B